UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ITAY WISER MD PC,

Plaintiff,

*-against-*

UNITEDHEALTHCARE INSURANCE COMPANY,

Defendant.

**ORDER**

26-cv-01569 (ER)

RAMOS, D.J.

Itay Wiser MD PC filed this suit against UnitedHealthcare Insurance Company in New York state court on January 21, 2026. Doc. 1-1. Defendant later removed the case to federal court and requested a conference to discuss its proposed motion to dismiss the complaint. Docs. 1, 7. The Court granted Defendant's request and scheduled a conference for April 21, 2026. When Plaintiff failed to appear, the Court directed Defendant to instruct Plaintiff's counsel to enter an appearance on ECF. Plaintiff's counsel then entered an appearance later that day. Since then, there has not been any activity in this case.

Plaintiff is therefore directed to file a status letter by October 15, 2026. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

Edgardo Ramos, U.S.D.J.